## Third District.

The People of the State of Illinois ex rel. Iva Ruth Mahr, appellee, v. Frank A'Hearn, appellant. Gen. No. 8,375.

Opinion filed April 22, 1930.

W. S. Jewell and Glenn Ratcliff, for appellant. G. Ray Senift, State's Attorney and Marshall U. Faw, Assistant State's Attorney, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

The State of Illinois, appellee, v. Louis DePape and Louise DePape, appellants. Gen. No. 8,378.

Opinion filed April 22, 1930.

L. E. Stone, for appellants. Harry B. Grundy, State's Attorney, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Luther St. John, plaintiff in error. Gen. No. 8,396.

Opinion filed April 22, 1930.

Raymond G. Real, for plaintiff in error. C. M. Heinlein, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Thomas Craft, plaintiff in error. Gen. No. 8,399.

Opinion filed April 22, 1930.

T. N. Cofer, for plaintiff in error. C. M. Heinlein, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.